UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 12868
  MICHAEL EDWARD BENDING
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-4694
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/10/06 and confirmed on 12/20/06.

2. The case was converted to Chapter 7 after confirmation, 03/06/2008.

3. The Debtor paid a total of $   4565.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AURORA LOAN SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AURORA LOAN SERVICES | MORTGAGE ARRE | 1880.74 | .00 | 1880.74 |
| LAURA PAVER | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4461.26 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1570.66 | .00 | .00 |
| B REAL LLC | UNSECURED | 9411.33 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RATHBUN CSERVENYAK & KOZ | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3909.61 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7868.92 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1722.92 | .00 | .00 |

    Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1880.74 | .00 | 28944.70 | .00 | 30825.44 |
| PRINCIPAL PAID | 1880.74 | .00 | .00 | .00 | 1880.74 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1880.74 | .00 | .00 | .00 | 1880.74 |

The Debtor's attorney, PATRICK A MESZAROS      , was allowed $   3000.00 and was paid $    500.00 direct and $   2500.00 through the plan.

The Trustee received $    184.26 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 04/17/08                    /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```

```
                         PAGE  2
       CASE NO. 06 B 12868 MICHAEL EDWARD BENDING
```